# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1401
Lower Tribunal No. 2019-CA-002786-ON

_____

LISA HINES,

Appellant,

v.

WESTGATE RESORTS, INC. and WESTGATE VACATION VILLAS, LLC,

Appellees.

_____

Appeal from the Circuit Court for Osceola County.
Margaret H. Schreiber, Judge.

December 15, 2023

PER CURIAM.

As to the final order in favor of Westgate Vacation Villas, LLC, we find no error and affirm.[1]  As to the discovery orders in favor of Westgate Resorts, Inc., we dismiss the appeal for lack of jurisdiction.

AFFIRMED in part; DISMISSED in part.

_____

[1] This case was transferred from the Fifth District Court of Appeal to this Court on January 1, 2023.

WHITE, SMITH and MIZE, JJ., concur.

Geoffrey B. Marks, of Law Offices of Geoffrey B. Marks, Coral Gables, for Appellant.

Therese A. Savona, of Cole, Scott & Kissane, P.A., Orlando, and Lissette Gonzalez, of Cole, Scott & Kissane, P.A., Miami, for Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED